UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN FLETCHER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEPHANIE CLENDENIN, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01534-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS***<br><br>(Doc. 2) |

　　　　Plaintiff has filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2.) Plaintiff adequately shows that he is unable to afford the costs of this action.[1] Accordingly, his motion is GRANTED.

IT IS SO ORDERED.

　　　　Dated: __October 21, 2021__　　　　_____ /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is civilly detained at Coalinga State Hospital. Persons civilly detained pursuant to California Welfare and Institutions Code § 6600, *et seq.*, are not prisoners within the meaning of the Prison Litigation Reform Act, and thus the Act's provisions regarding *in forma pauperis* status of prisoner-plaintiffs do not apply to them. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).